FILED

2008 JUN -4 PM 4: 15

CLERK US
SOUTHERN DISTRICT

BY_____ /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1812 BEN |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| SERGIO DOMINEK BLAINE, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about April 21, 2008, within the Southern District of California, defendant SERGIO DOMINEK BLAINE did knowingly and intentionally import approximately 47.30 kilograms (approximately 104.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

MIP:fer:Imperial
6/4/08

<u>Count 2</u>

On or about April 21, 2008, within the Southern District of California, defendant SERGIO DOMINEK BLAINE did knowingly and intentionally possess, with intent to distribute, approximately 47.30 kilograms (approximately 104.06 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney