|   |   |
|---|---|
| 1 | |
| 2 | FILED |
| 3 | 2008 JUN -4 PM 4: 14 |
| 4 | CLERK US... SOUTHERN DIST... |
| 5 | BY ____ /s/ ____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) '08 CR 1812   BEN |
| v. | ) NOTICE OF RELATED CASE |
| SERGIO DOMINEK BLAINE, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Sergio Dominek Blaine</u>, Criminal Case No. 08CR1618-BEN.

   DATED: June 4, 2008.

                              KAREN P. HEWITT
                              United States Attorney

                              /s/ Michelle M. Pettit
                              MICHELLE M. PETTIT
                              Assistant U.S. Attorney