DONOVAN & DONOVAN
Casey Donovan, Esq.
California State Bar Number: 182442
The Senator Building - 4th Floor
105 West F. Street
San Diego, California 92101
Telephone: (619) 696-8989

Attorneys for Defendant Sergio Dominek Blaine

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-CR-1812-BEN |
| Plaintiff, ) | |
| v. ) | ACKNOWLEDGMENT OF NEXT |
| SERGIO DOMINEK BLAINE, ) | COURT DATE |
| Defendant. ) | |

I, **SERGIO DOMINEK BLAINE**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is September 11, 2008, at 2:00 p.m., before the Honorable Roger T. Benitez.

I declare that the foregoing is true and correct.

DATED: 9/8/0 8

SERGIO DOMINEK BLAINE

| | |
|---|---|
| DONOVAN & DONOVAN<br>Casey Donovan<br>Attorney at Law<br>The Senator Building<br>105 West F. Street - 4th floor<br>San Diego, CA 92101 | U.S.D.C. No.08-CR-1812(BEN) |

# DECLARATION OF SERVICE

I, undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within mentioned delivery occurred, and not a party to the subject cause. My business address is 105 West F. Street, San Diego, California. I served the Defendant's Acknowledgment of Next Court Date, of which a true and correct copy of the documents filed in this cause is affixed, by electronic filing to:

Carlos Arguello, Assistant U.S. Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92188

The electronic filing was done by me at San Diego, California, on September 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008 at San Diego, California.

                                 S/ Casey Donovan
                                 Casey Donovan