| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS ARGUELLO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 157162 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 |
| | Facsimile: (619) 235-2757 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1812BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| v. | ) | **MOTION HEARING** |
| | ) | |
| SERGIO DOMINEK BLAINE, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY JOINTLY MOVED, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and Defendant Sergio Dominek Blaine, by and through his counsel, Casey Donovan, that the motion hearing in this matter be continued from September 11, 2008, at 2:00 p.m., until October 27, 2008, at 2:00 p.m.

The parties agree that time is excludable under the Speedy Trial Act as substantive motions have previously been filed and remain pending.

///

///

1  ///

2  ///

3  ///

4     SO MOVED and AGREED.

5

6  DATED: September 10, 2008.   s/Carlos Arguello
7                               CARLOS ARGUELLO
                                Assistant U.S. Attorney
8

9
10 DATED: September 10, 2008.   s/Casey Donovan
                                CASEY DONOVAN
11                              Attorney for Defendant
                                SERGIO DOMINEK BLAINE,
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2